UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW S. GARZA,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO THE SUBJECT POLICY, *et al.*,<br><br>Defendants. | No. 1:20-cv-01639-NONE-HBK<br><br>JOINT STIPULATION FOR DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)<br><br>(Doc. No. 26)<br><br>ORDER TO ASSIGN TO DISTRICT JUDGE |

On June 30, 2021, the parties filed a Joint Stipulation for Dismissal. (Doc. No. 26). The Stipulation, filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), states the dismissal is *without prejudice* "with each party to bear its/his own attorneys' fees and costs." (*Id*.).

Accordingly:

1. Pursuant to the Joint Stipulation for Dismissal (Doc. No. 26), this action is dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).
2. The Clerk of Court is respectfully directed to terminate all pending motions, deadlines, and future scheduled hearings to the extent appropriate, assign this case to a district judge and close this case.

*///*

1

IT IS SO ORDERED.

Dated:  July 2, 2021

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE